UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

LORENZO BUDET, on behalf of himself and all others similarly situated,

Plaintiff,

v.

RUTGERS BUSINESS SCHOOL, et al.,

Defendants.

Civil Action No. 22-2134 (RK) (JBD)

**ORDER**

This matter comes before the Court upon Defendants Rutgers Business School ("RBS") and Rutgers, the State University of New Jersey's (collectively, "Rutgers") Motion to Dismiss, (ECF No. 25), Plaintiff Lorenzo Budet's ("Budet") Second Amended Class Action Complaint (ECF No. 23), pursuant to Federal Rules of Civil Procedure (Rules) 12(b)(1) and 12(b)(6). After careful consideration of the parties' submissions, and for the reasons set forth in the accompanying Opinion, and for other good cause shown,

**IT IS** on this 10th day of July, 2024, **ORDERED** that:

1. Rutgers's Motion to Dismiss (ECF No. 25) is **GRANTED**;

2. Budet's Second Amended Complaint (ECF No. 23) is **DISMISSED WITH PREJUDICE** in its entirety;

3. The Clerk's Office is directed to terminate the Motion pending at ECF No. 25; and

4. The Clerk's Office is directed to close this matter.

_____
**ROBERT KIRSCH**
**UNITED STATES DISTRICT JUDGE**